| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Rafael Barbosa Escalante | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/23/2024     Rafael Barbosa Escalante      /s/ Rafael Barbosa Escalante
                     Printed name of Debtor 1           Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
                        Printed name of Debtor 2       Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*

F 1002-1.EMP.INCOME.DEC

**SWIFT**

SWIFT TRANSPORTATION CO. AZ LLC
2200 S. 75th Avenue
PHOENIX, AZ 85043
800-800-2200

Employee ID: 445186

| Tax | Exempt | Allowances | Additional |
|---|---|---|---|
| Federal | Yes | 00 | |
| State | No | S 00 | |

## Earnings Statement

Period Begin Date: 12/02/2024
Period End Date: 12/15/2024
Check Date: 12/19/2024
Check Number: 18584000

RAFAEL B ESCALANTE
9830 50TH STREET
JURUPA VALLEY, CA 92509

| Earnings | Hours | Rate | This Period | Year-to-Date |
|---|---|---|---|---|
| EXCESS GRP LIF | | | .88 | |
| PAID TIME OFF | | | | 22.32 |
| HOURLY PAY | 80.00 | 32.9488 | 2635.90 | 2,147.39 |
| HOLIDAY | | | | 64,694.49 |
| OVER TIME | 1.19 | 49.4232 | 58.81 | 1,555.96 |
| BONUS | | | | 8,049.78 |
| | | | | 1,060.82 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| STATE TAX CA | 96.28 | 3077.28 |
| F.I.C.A. | 155.55 | 4468.5? |
| F.M.H.I. | 36.38 | 1045.?? |
| FD WITHHOLDING | | 2227.?? |
| DISABILITY TAX | 27.60 | 792.?? |
| * DENTAL INS | 46.21 | 1201.?? |
| SUPPCHILDLIFE | .13 | 3.3? |
| SUPP ADD 200 FAM | 5.35 | 139.1? |
| * MEDICAL INS. | 140.60 | 4255.62 |
| * 401K PLAN | 26.95 | 775.0? |
| DIR DEP | 2159.66 | 59522.6? |

Gross Pay        2695.59        77,530.76

**SWIFT TRANSPORTATION CO. AZ LLC**
2200 S. 75th Avenue
PHOENIX, AZ 85043
800-800-2200

## Earnings Statement

Period Begin Date: 11/18/2024
Period End Date: 12/01/2024
Check Date: 12/05/2024
Check Number: 18558646

RAFAEL B ESCALANTE
9830 50TH STREET
JURUPA VALLEY, CA 92509

Employee ID: 445186

| Tax | Exempt | Allowances | Additional |
|---|---|---|---|
| Federal | Yes | 00 | |
| State | No | S 00 | |

| Earnings | Hours | Rate | This Period | Year-to-Date |
|---|---|---|---|---|
| EXCESS GRP LIF | | | .88 | 21.44 |
| PAID TIME OFF | 16.00 | 32.9488 | 527.18 | 2,147.39 |
| HOURLY PAY | 56.00 | 32.9488 | 1845.13 | 62,058.59 |
| HOLIDAY | 8.00 | 32.9488 | 263.59 | 1,555.96 |
| OVER TIME | 10.97 | 49.4232 | 542.17 | 7,990.97 |
| BONUS | | | | 1,060.82 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| STATE TAX CA | 140.18 | 2981.40 |
| F.I.C.A. | 185.51 | 4313.02 |
| F.M.H.I. | 43.38 | 1008.69 |
| FD WITHHOLDING | | 2227.00 |
| DISABILITY TAX | 32.91 | 765.21 |
| * DENTAL INS | 46.21 | 1155.25 |
| SUPPCHILDLIFE | .13 | 3.25 |
| SUPP ADD 200 FAM | 5.35 | 133.75 |
| * MEDICAL INS. | 140.60 | 4115.02 |
| * 401K PLAN | 31.78 | 748.14 |
| DIR DEP | 2552.02 | 57363.00 |

| Gross Pay | 3178.95 | 74,835.17 |
|---|---|---|

Available Hours

# Earnings Statement

**SWFT TRANSPORTATION CO. AZ LLC**
2200 S. 75th Avenue
PHOENIX, AZ 85043
800-800-2200

| Period Begin Date: | 11/20/2024 |
|---|---|
| Period End Date: | 11/20/2024 |
| Check Date: | 11/22/2024 |
| Check Number: | 18537027 |

**Employee ID:** 445186

RAFAEL B ESCALANTE
9830 50TH STREET
JURUPA VALLEY, CA 92509

| Tax | Exempt | Allowances | Additional |
|---|---|---|---|
| Federal | Yes | 00 | |
| State | No | S 00 | |

| Earnings | Hours | Rate | This Period | Year-to-Date |
|---|---|---|---|---|
| EXCESS GRP LIF | | | | 20.56 |
| PAID TIME OFF | | | | 1,620.21 |
| HOURLY PAY | | | | 60,213.46 |
| HOLIDAY | | | | 1,292.37 |
| OVER TIME | | | | 7,448.80 |
| BONUS | | | 400.00 | 1,060.82 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| STATE TAX CA | 26.14 | 2841.22 |
| F.I.C.A. | 24.80 | 4127.51 |
| F.M.H.I. | 5.80 | 965.31 |
| FD WITHHOLDING | | 2227.00 |
| DISABILITY TAX | 4.40 | 732.30 |
| * DENTAL INS | | 1109.04 |
| SUPPCHILDLIFE | | 3.12 |
| SUPP ADD 200 FAM | | 128.40 |
| * MEDICAL INS. | | 3974.42 |
| * 401K PLAN | 4.00 | 716.36 |
| DIR DEP | 334.86 | 54810.98 |

| Gross Pay | 400.00 | 71,656.22 |
|---|---|---|

COPY COPY COPY

# SWIFT TRANSPORTATION CO. AZ LLC
2200 S. 75th Avenue
PHOENIX, AZ 85043
800-800-2200

## Earnings Statement

Period Begin Date: 11/04/2024
Period End Date: 11/17/2024
Check Date: 11/21/2024
Check Number: 18531986

RAFAEL B ESCALANTE
9830 50TH STREET
JURUPA VALLEY, CA 92509

Employee ID: 445186

| Tax | Exempt | Allowances | Additional |
|---|---|---|---|
| Federal | Yes | 00 | |
| State | No | S 00 | |

| Earnings | Hours | Rate | This Period | Year-to-Date |
|---|---|---|---|---|
| EXCESS GRP LIF | | | .88 | 20.56 |
| PAID TIME OFF | | | | 1,620.21 |
| HOURLY PAY | 80.00 | 32.9488 | 2635.90 | 60,213.46 |
| HOLIDAY | | | | 1,292.37 |
| OVER TIME | 7.87 | 49.4232 | 388.96 | 7,448.80 |
| BONUS | | | | 660.82 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| STATE TAX CA | 125.04 | 2815.08 |
| F.I.C.A. | 176.01 | 4102.71 |
| F.M.H.I. | 41.17 | 959.51 |
| FD WITHHOLDING | | 2227.00 |
| DISABILITY TAX | 31.23 | 727.90 |
| * DENTAL INS | 46.21 | 1109.04 |
| SUPPCHILDLIFE | .13 | 3.12 |
| SUPP ADD 200 FAM | 5.35 | 128.40 |
| * MEDICAL INS. | 140.60 | 3974.42 |
| * 401K PLAN | 30.25 | 712.36 |
| DIR DEP | 2428.87 | 54476.12 |

Gross Pay    3025.74    71,256.22



**SWIFT TRANSPORTATION CO. AZ LLC**
2200 S. 75th Avenue
PHOENIX, AZ 85043
800-800-2200

## Earnings Statement

Period Begin Date: 10/21/2024
Period End Date: 11/03/2024
Check Date: 11/07/2024
Check Number: 18510746

RAFAEL B ESCALANTE
9830 50TH STREET
JURUPA VALLEY, CA 92509

Employee ID: 445186

| Tax | Exempt | Allowances | Additional |
|---|---|---|---|
| Federal | Yes | 00 | |
| State | No | S 00 | |

| Earnings | Hours | Rate | This Period | Year-to-Date |
|---|---|---|---|---|
| EXCESS GRP LIF | | | .88 | 19.68 |
| PAID TIME OFF | | | | 1,620.21 |
| HOURLY PAY | 79.72 | 32.9488 | 2626.68 | 57,577.56 |
| HOLIDAY | | | | 1,292.37 |
| OVER TIME | 2.20 | 49.4232 | 108.73 | 7,059.84 |
| BONUS | | | | 660.82 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| STATE TAX CA | 99.82 | 2690.04 |
| F.I.C.A. | 158.07 | 3926.70 |
| F.M.H.I. | 36.97 | 918.34 |
| FD WITHHOLDING | | 2227.00 |
| DISABILITY TAX | 28.04 | 696.67 |
| * DENTAL INS | 46.21 | 1062.83 |
| SUPPCHILDLIFE | .13 | 2.99 |
| SUPP ADD 200 FAM | 5.35 | 123.05 |
| * MEDICAL INS. | 140.60 | 3833.82 |
| * 401K PLAN | 27.35 | 682.11 |
| DIR DEP | 2192.87 | 52047.25 |

Gross Pay     2736.29     68,230.48

Available Hours